857 A.2d 1292

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**DeWayne JACKSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 2004.

Decided Oct. 7, 2004.

William C. Kaczynski, Pittsburgh, for DeWayne Jackson.

Sandra Preuhs, Pittsburgh, for Com. of Pa.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice CAPPY and Justice NIGRO dissent.